# Order

Michigan Supreme Court
Lansing, Michigan

December 20, 2017

155811

SONG YU and SANG CHUNG,
      Plaintiffs-Appellees,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155811
COA: 331570
Ingham CC: 14-001421-CK

_____/

On order of the Court, the application for leave to appeal the April 11, 2017 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the plain language of the insurance policy precluded coverage; (2) if so, whether and under what circumstances the doctrine of equitable estoppel may be applied to require an insurer to expand coverage that is contrary to the express terms of an insurance contract; (3) whether an equitable estoppel claim requires that (a) a party against whom the doctrine of equitable estoppel is to be applied has full knowledge of the facts and circumstances involved, and (b) justifiable reliance on the part of the party seeking to invoke it is shown; and (4) whether the defendant-insurer should be equitably estopped from denying coverage in this case. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Director of the Department of Insurance and Financial Services (DIFS) and the Insurance & Indemnity Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

p1213